UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRIAN B. JAEGERS,

                Plaintiff,

     v.                              6:02-CV-1491

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                           OF COUNSEL:

OFFICE OF PETER W. ANTONOWICZ     PETER W. ANTONOWICZ, ESQ.
Counsel for Plaintiff
1300 Floyd Avenue
Rome, New York 13440-4600

HON. GLENN T. SUDDABY             WILLIAM H. PEASE, ESQ.
United States Attorney for the          Assistant United States Attorney
 Northern District of New York
Counsel for Defendant
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 3rd day of March, 2006.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: March 20, 2006
        Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge